AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT

2013 AUG 14  P 4:30

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

AQUA SHIELD,

v.

INTERPOOL POOL COVER TEAM,
ALUKOV HZ SPOL SRO, ALUKOV SPOL
SRO, and POOL & SPA ENCLOSURES,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00013-TS-DBP

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the plaintiff and against the defendants on plaintiff's claim that defendants' models Universe, laguna, Tropea, Combi, Style, Veranda, Spa and Orient infringe claims 1-14 and 16 of the '160 Patent. Defendants Inter Pool Cover Team, Alukov HZ Spol.S.R.O., Alukov Spol.S.R.O., Pool & Spa Enclosures, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with such person(s) who receive actual notice or this order by personal service or otherwise, shall be permanently enjoined from infringing, either directly, by inducement, or by contribution, the '160 Patent making, using, selling, or offering to sell the products adjudged to infringe in the United States or importing into the United States the products adjudged to infringe or not more than colorably different from the adjudicated devices. The products adjudged to infringe the '160 Patent include the following pool cover models manufactured or offered for sale by defendants: Universe, Laguna, Tropea, Combi, Style, Veranda, Spa, and Orient with generally flat and removable end-panels.

August 14, 2013
_____
Date

D. Mark Jones
_____
Clerk of Court

_____
(By) Deputy Clerk