AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

AQUA SHIELD,

v.

INTERPOOL POOL COVER TEAM,
ALUKOV HZ SPOL SRO, ALUKOV SPOL
SRO, and POOL & SPA ENCLOSURES,

Case Number: 2:09-cv-00013-TS

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the plaintiff and against the defendant on plaintiff's claim that the defendants' models Universe, Laguna, Tropea, Combi, Style,Veranda, Spa and Orient infringe claims 1-14 and 16 of the '160 Patent. Defendants Inter Pool Over Team, Alukov HZ Spol.S.R.O. Alukov Spol.S.R.O., Pool and Spa Enclosures, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with such person(s) who receive actual notice of this order, by personal service or otherwise, shall be permanently enjoined from infringing, either directly, by inducement, or by contribution, the '160 Patent making using, selling or offering to sell the products adjudged to infringe in the United States or importing into the United States the products adjudged to infringe or are not more than colorably different from the adjudicated devices. The products adjudged to infringe the '190 patents include the following pool cover models manufactured or offered for sale by defendants: Universe, Laguna, Tropea, Combi, Style,Veranda, Spa and Orient with generally flat and removable end-panels.
Plaintiff is further awarded a reasonable royalty in the amount of $10,800.

December 9, 2013             D. Mark Jones
*Date*                       *Clerk of Court*


*(By) Deputy Clerk*